# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:02-471-001 (TLW)</u> |
| | ) | USM No: <u>98364-071</u> |
| -versus- | ) | <u>Pro se</u> |
| | ) | Defendant's Attorney |
| **Willie James Miller a/k/a Willie Gene Miller** | ) | |
| | ) | |
| Date of Previous Judgment: <u>December 21, 2009</u> | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ <u>the defendant</u>  ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **<u>DENIED</u>** <u>(Doc.# 587)</u>.  Defendant's guideline range, while it was lowered under Amendment 706, remains the same and is unaffected by Amendment 750. Therefore, as this amendment did not lower Defendant's guideline range, it does not apply.

**IT IS SO ORDERED**.

Order Date:     <u>April 18, 2012</u>                                         s/ Terry L. Wooten
                                                                              *Judge's signature*

Effective Date:                                                               Terry L. Wooten, United States District Judge
*(if different from above)*