AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

United States of America )
v. )
Willie James Miller )

Case No: 4:02-cr-00471-TLW

USM No: 98364-071

Date of Original Judgment: 05/22/2003 )
Date of Previous Amended Judgment: 10/27/2009 )
*(Use Date of Last Amended Judgment if Any)*

Mark C. McLawhorn

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 240 months **is reduced to** 228 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

If this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as otherwise provided, all provisions of the judgment dated 10/27/2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/26/2015

s/ Terry L. Wooten
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Terry L. Wooten, Chief United States District Judge
*Printed name and title*